1032

[No. 39162-7-II.  Division Two.  January 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TANYA MARIE ANDERSON, *Appellant*.

*Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 39399-9-II.  Division Two.  January 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOANNE MARIE WHITE, *Appellant*.

*Affirmed in part* and *remanded* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 39426-0-II.  Division Two.  January 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LAQUITTA SPURGEON, *Appellant*.

*Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 39433-2-II.  Division Two.  January 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MONTEECE TRUSEAN SMITH-LLOYD, *Appellant*.

*Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Bridgewater, J. Pro Tem.